SO ORDERED.

Dated: May 10, 2011



_____
REDFIELD T. BAUM, SR
U.S. Bankruptcy Judge

## TIFFANY & BOSCO
### P.A.

2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

11-09007

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:10-BK-23410-RTB |
| Amy Anne Carlson<br>    Debtor. | Chapter 7 |
| U.S. Bank, National Association<br>    Movant,<br>vs. | ORDER<br><br>(Related to Docket #52) |
| Amy Anne Carlson, Debtor, Dale D. Ulrich, Trustee.<br><br>    Respondents. | |

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated January 28, 2004 and recorded in the office of the Maricopa County Recorder wherein U.S. Bank, National Association is the current beneficiary and Amy Anne Carlson has an interest in, further described as:

> LOT 5, OF CUESTA ACRES, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTRY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED IN BOOK 460 OF MAPS, PAGE 29.
>
> EXCEPT ALL MINERALS AS RESERVED UNTO THE UNITED STATES OF AMERICA IN PATENT OF SAID LAND RECORDED FEBRUARY 28, 1956 IN DOCKET 1839, PAGE 426, RECORDS OF MARICOPA COUNTY, ARIZONA
>
> EXCEPT ALL OIL, GASES AND OTHER HYDROCARBON SUBSTANCES, COAL, STONE, METALS,MINERALS, FOSSILS, AND FERTILIZERS OF EVERY NAME AND DESCRIPTION, TOGETHER WILL ALL URANIUM, THORIUM, OR ANY OTHER MATERIAL WHICH IS OR MAY BE DETERMINED TO BE PECULIARLY ESSENTIAL TO THE PRODUCTION OF FISSIONABLE MATERIALS, WHETHER OR NOT OF COMMERCIAL VALUE.
>
> EXCEPT ALL UNDERGROUND WATER, IN, UNDER OR FLOWING THROUGH SAID LAND AND WATER RIGHTS APPURTENANT THERETO.

IT IS FURTHER ORDERED that Movant may contact the Debtor by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with the Debtor. However, Movant may not enforce, or threaten to enforce, any personal liability against the Debtor if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.